| | Case Number (Trans. Court) 3:18-CR-00029-01-RRB |
|---|---|
| **Transfer of Jurisdiction** | Case Number (Rec. Court) **4-21CR-046-P** |

| Name Of Supervised Releasee **Hayden Beard** | District District of Alaska | Division Anchorage |
|---|---|---|
| | Name of Sentencing Judge The Honorable Ralph R. Beistline | |
| | Dates Of Probation/ Supervised Release | From September 14, 2020 | To September 13, 2040 |

**Offense**
Sexual Exploitation of a Child-Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2)
Criminal Forfeiture Allegation, in violation of 18 U.S.C. § 2253

### PART 1 - ORDER TRANSFERRING JURISDICTION

U.S. District Court For The **District of Alaska**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Northern District of Texas, Fort Worth Division, upon that Court's order of acceptance of jurisdiction.

This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_2/17/21_
Date

_[signature]_
Senior U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

U.S. District Court For The **Northern District of Texas, Fort Worth Division**

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_3/9/2021_
Effective Date

_[signature]_
U.S. District Judge

*Filed stamp: U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, FILED MAR - 9 2021, CLERK, U.S. DISTRICT COURT, By ___ Deputy*

# UNITED STATES DISTRICT COURT
## PROBATION AND PRETRIAL SERVICES
## NORTHERN DISTRICT OF TEXAS



**BUD ERVIN**
CHIEF

**WAYNE MCKIM**
DEPUTY CHIEF

**KEN MAYS**
**STEPHANIE ROPER**
ASSISTANT DEPUTY CHIEFS

501 West 10th Street
Fort Worth, TX 76102
214-406-2238
www.txnp.uscourts.gov

March 8, 2021

The Honorable Mark T. Pittman
U.S. District Judge
501 W. 10th St. Rm 202A
Fort Worth, Texas 76102

**4-21CR-046-P**

RE: **Beard, Hayden**
Case No.: **TO BE ASSIGNED**
<u>Transfer of Jurisdiction Request</u>

Dear Judge Pittman :

On April 17, 2019, Hayden Beard was sentenced in the District of Alaska, Anchorage Division, by U.S. District Judge Ralph R. Beistline to 48-months custody, to be followed by a 20-year term of supervised release for the offense of Sexual Exploitation of a Child-Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) & (b)(2) and 18 U.S.C. § 2253, a Class C felony. On September 2, 2020, his sentenced reduced to time served as of September 14, 2020 as a result of compassionate release. Mr. Beard began his term of supervised release in the Northern District of Texas, Fort Worth Division, on September 14, 2020, and his expiration date is September 13, 2040.

On December 1, 2020, Mr. Beard's conditions were modified to include the condition "the defendant shall not consume or possess any alcoholic beverages during the period of supervision unless for the exclusive purposes of employment. This consumption of alcoholic beverages shall only be while under the supervision of his employer." At the time, he was working for a winery and being allowed to consume for the purposes of employment was beneficial to him.

On February 7, 2021, Mr. Beard violated his this condition other conditions of supervised release when he consumed alcohol, outside of employment, to the level of intoxication and drove a motor vehicle, as evidenced by his arrest by Hood County, Texas, Sheriff Deputy Tim Welty, for Driving While Intoxicated, in violation of Texas Penal Code 49.04, a Class B misdemeanor . Mr. Beard bonded out of jail on February 7, 2021, and this case remains pending in Hood County, Texas. On February 9, 2021, Mr. Beard submitted a written statement to this officer admitting to his offense and violations of supervised release. He admitted he should not be consuming alcohol and this officer instructed him to discontinue the consumption even if employment related. Mr. Beard will participate in outpatient substance abuse counseling to address his alcohol abuse. On March 4, 2021, Judge Beistline, District of Alaska, Anchorage Division, agreed to no Court action for this violation in order to allow Mr. Beard to participate in substance abuse treatment services.

Additionally, Mr. Beard has stable residence and employment in the Northern District of Texas and has no suitable ties to the District of Alaska. Mr. Beard intends to remain in the Northern District of Texas throughout his term of supervision. The District of Alaska, Anchorage Division,

Page 1

has agreed to transfer jurisdiction. It is respectfully recommended that Jurisdiction in DAK Case No. 3:18-CR-00029-01-RRB be accepted by the Northern District of Texas, Fort Worth Division.

Respectfully Submitted,                        Approved,

s/Joseph Hunnicutt                             s/Bradley Holmes
U.S. Probation Officer                         Supervising U.S. Probation Officer
214-406-2238                                   214-287-6993