UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

*FILED AUG 2 4 2021 CLERK U.S. DISTRICT COURT Deputy*

## Report on Person Under Supervision - No Court Action Recommended

| | |
|---|---|
| Name of Offender: | Hayden Beard |
| Case No.: | 4:21-CR-046-P |
| Name of Sentencing Judge: | U.S. District Judge Ralph R. Beistline (transferred to U.S. District Judge Mark T. Pittman on March 9, 2021) |
| Date of Original Sentence: | August 24, 2020 |
| Original Offense: | Sexual Exploitation of a Child-Possession of Child Pornography, 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2), a Class C felony |
| Original Sentence: | 48-month custody, 20-year term of supervised release |
| Revocations: | None |
| Type of Supervision: | Supervised Release |
| Date Supervision Commenced: | September 14, 2020 |
| Assistant U.S. Attorney: | Kyle Reardon |
| Defense Attorney: | Gretchen L. Staff (Court appointed) |

## Notification To The Court For Cause As Follows:

The probation officer believes that the person under supervision has violated the following condition(s) which require(s) official notification, although no Court action is being recommended at this time.

### Previous Court Notifications

In a petition filed on March 4, 2021 with U.S. District Judge Ralph R. Beistline, District of Alaska, the Court was notified of Hayden Beard's violations of supervised release when he was arrested for Driving While Intoxicated (DWI), in Hood County, Texas, on February 7, 2021. At the request of the U.S. Probation Office in the District of Alaska and the Northern District of Texas, the Court did not take any punitive action for Mr. Beard's violations at that time.

In a Transfer of Jurisdiction request filed with Your Honor on March 8, 2021, the Court was notified of Mr. Beard's violations and no punitive action from U.S. District Judge Beistline. On March 9, 2021, Mr. Beard's jurisdiction was transferred to the Northern District of Texas, Fort Worth Division.

I.

### Violation of Mandatory Condition No. 1

You must not commit another federal, state, or local crime.

### Violation of Additional Condition (Added December 1, 2020)

The defendant shall not consume or possess any alcoholic beverages during the period of supervision unless for the exclusive purposes of employment. This consumption of alcoholic beverages shall only be while the supervision of his employer.

**Nature of Noncompliance**

On August 18, 2021, Mr. Beard pled guilty and was sentenced for his DWI charge, Hood County, Texas. Mr. Beard was sentenced to an 18-month term of probation, $1000.00 fine, $455.10 court costs, $60.00 monthly supervision fees, and 70 hours of community service supervision. Mr. Beard will also be required to complete a DWI Victims Impact Panel and a DWI education program for his probation.

In addition, Mr. Beard remains in substance abuse treatment counseling services and random urine testing on his term of supervised release at Helping Open People's Eyes, Inc., Fort Worth, Texas. Mr. Beard has maintained suitable employment and has been compliant with his conditions of supervision since his arrest. This officer believes through substance abuse treatment counseling services and increased contacts with Mr. Beard, he is receiving the appropriate assistance he needs to address his alcohol abuse. It is respectfully recommended that Your Honor take no punitive court action at this time and allow Mr. Beard to remain on his term of supervised release.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 23, 2021
Respectfully submitted,

Approved,

s/Joseph Hunnicutt
U.S. Probation Officer
Fort Worth Division
Phone: 214-406-2238

s/Bradley Holmes
Supervising U.S. Probation Officer
Phone: 214-287-6993

**Order of the Court:**

☒ Agrees with the recommendation of the probation officer.

☐ Orders the probation officer to submit a request for modifying the conditions or term of supervision.

☐ Orders the probation officer to submit a request for warrant or summons.

☐ Other or Additional:

☐ File under seal until further order of the Court.

Mark T. Pittman
U.S. District Judge

8/24/2021
Date

JH