IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:21-CR-046-P |
| HAYDEN BEARD (01) | |

### ENTRY OF APPEARANCE AS COUNSEL

The United States Attorney for the Northern District of Texas, Chad E. Meacham, hereby respectfully advises the Court and all parties in interest that the above-styled and numbered case has been assigned within the Office of the United States Attorney for the Northern District of Texas to Assistant United States Attorney Laura Montes.

Accordingly, it is requested that the clerk of the Court enter the name of Laura Montes as counsel of record for the United States of America. The United States requests that all notices relating to this case be sent to the undersigned.

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

*/s/ Laura Montes*
LAURA G. MONTES
Assistant United States Attorney
Massachusetts State Bar No. 687739
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas, 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail: LMontes@usa.doj.gov

Entry of Appearance as Counsel - Page 1