CLOSED,SINGLE

# U.S. District Court
## Eastern District of Louisiana (New Orleans)
## CRIMINAL DOCKET FOR CASE #: 2:22-mj-00138-DM-1
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Beard | Date Filed: 10/12/2022 |
| Other court case number: 4:21-CR-46-P USDC, Nothern District of Texas | Date Terminated: 10/12/2022 |

Assigned to: Magistrate Duty Magistrate

**Defendant (1)**

**Hayden Beard**  
*TERMINATED: 10/12/2022*

represented by **Maura Doherty**  
Federal Public Defender (New Orleans)  
Hale Boggs Federal Building  
500 Poydras St.  
Room 318  
New Orleans, LA 70130  
504-589-7953  
Email: maura_doherty@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**

represented by **Lynn E. Schiffman**  
DOJ-USAO  
650 Poydras Street, Suite 1600  
New Orleans, LA 70130

504-206-6628
Email: lynn.schiffman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/12/2022 | 1 | Minute Entry for proceedings held before Magistrate Judge Donna Phillips Currault: Initial Appearance as to Hayden Beard held on 10/12/2022. FPD appointed. Defendant Remanded. (Court Reporter Crim Mag.) (Attachments: # 1 Papers from NDTX, # 2 Criminal Magistrate Case Sheet) (cms) (Entered: 10/13/2022) |
| 10/12/2022 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Hayden Beard. Signed by Magistrate Judge Donna Phillips Currault on 10/12/2022. (cms) (Entered: 10/13/2022) |
| 10/12/2022 | 3 | CJA 23 Financial Affidavit by Hayden Beard (cms) (Entered: 10/13/2022) |
| 10/12/2022 | 4 | Minute Entry for proceedings held before Magistrate Judge Donna Phillips Currault: Detention Hearing as to Hayden Beard held on 10/12/2022. Defendant Remanded. (Court Reporter Crim Mag.) (cms) (Entered: 10/13/2022) |
| 10/12/2022 | 5 | ORDER OF DETENTION as to Hayden Beard. Signed by Magistrate Judge Donna Phillips Currault on 10/12/2022. (cms) (Entered: 10/13/2022) |
| 10/12/2022 | 6 | ORDER PURSUANT TO THE DUE PROCESS PROTECTIONS ACT as to Hayden Beard. Signed by Magistrate Judge Donna Phillips Currault on 10/12/2022. (cms) (Entered: 10/13/2022) |
| 10/12/2022 | 7 | (Court only) NDTX Warrant Returned Executed on 10/11/2022 as to Hayden Beard (cms) (Entered: 10/13/2022) |
| 10/12/2022 | 8 | WAIVER of Rule 32.1 Hearing by Hayden Beard (cms) (Entered: 10/13/2022) |
| 10/12/2022 | 9 | RULE 40 COMMITMENT TO ANOTHER DISTRICT as to Hayden Beard by Magistrate Judge Donna Phillips Currault. Defendant committed to District of Northern District of Texas. (cms) (Entered: 10/13/2022) |

MINUTE ENTRY
OCTOBER 12, 2022
CURRAULT, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA            CRIMINAL ACTION

VERSUS                              NO. 22-138

HAYDEN BEARD                        SECTION: MAG

INITIAL APPEARANCE

APPEARANCES:  X  DEFENDANT (WITH)/WITHOUT COUNSEL  FPD Office for Appt.
500 Poydras St., New Orleans, LA 70130
X  ASSISTANT U.S. ATTORNEY  DAVID BERMAN FOR LYNN SCHIFFMAN
___ INTERPRETER _____
Designated by Court and sworn.   Time: _____.M to _____ M.

__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF THE PETITION FROM NDTX WAS:
    READ   WAIVED   (SUMMARIZED)

__/ DEFENDANT INFORMED THE COURT THAT COUNSEL HAS BEEN/WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 09

__/ BOND SET AT _____

_____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_____

_____

_____

X/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL; Defendant detained temporarily until detention Hearing in NDTX.

__/ DEFENDANT RELEASED ON BOND

X/ DEFENDANT INFORMED THAT PRELIMINARY HEARING/(REMOVAL HEARING)/ ARRAIGNMENT IS SET FOR Waived; to be held in NDTX

__/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

X/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR Waived; to be held in NDTX.

__/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL HEARING/ARRAIGNMENT/DETENTION HEARING/HEARING TO DETERMINE COUNSEL WITH COUNSEL _____

__/THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.

# EASTERN DISTRICT OF LOUISIANA

**MAG. Number:** 22-138   Complaint/(Warrant from Other District)

**Defendant:** Hayden Beard

**Violation:** Warrant from NDTX – petition

_____ USC _____

**U.S. Attorney:** Lynn Schiffman

**Date Assigned:** 10/11/2022

**Interpreter Needed?**   Yes   (No)

**Sealed?**   Yes   (No)

**Court Date and Time:** October 12, 2022 at 2:00 p.m.

**Before Magistrate Judge:** Donna Phillips Currault

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CR.NO. 22-138 MAG |
| | ___ **ORDER** |
| VERSUS | X  Appointing Counsel |
| | ___ Substituting Counsel For: |
| HAYDEN BEARD | _____ |
| | ___ Ratifying Prior Service |
| | ___ Extending Appointment For Appeal |

CHARGE: SUPERVISED RELEASE VIOLATION
 X  FELONY   ___ MISDEMEANOR

___X___ The defendant, having satisfied this Court that he/she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by order of the District Court:

**CLAUDE KELLY, FEDERAL PUBLIC DEFENDER, HALE BOGGS FEDERAL BLDG., RM 318, 500 CAMP ST, NEW ORLEANS, LA 70130 PHONE: (504)589-7930**

___ Federal Public Defender is appointed for the limited purpose of:

___ It appearing to the Court that although the defendant is financially unable to employ counsel, he/she is totally indigent.

___ IT IS FURTHER ORDERED that the defendant pay to the Clerk, U. S. District Court for services of counsel, the total amount of $_____ to be paid within 10 working days or by _____.

___ IT IS FURTHER ORDERED that the defendant is to pay to the Clerk, U.S. District Court, for services of counsel, $_____ per month. This amount is to be paid, beginning on _____, 20___, until further orders of the Court.

Dated at New Orleans, Louisiana, on   OCTOBER 12, 2022

*/s/ Donna Phillips Currault*
UNITED STATES MAGISTRATE JUDGE

Copy to Financial Unit Clerk (*Only if defendant is ordered to pay*)

MINUTE ENTRY
October 12, 2022
Currault, M.J.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA      CRIMINAL ACTION

VERSUS      NO. 22-138

Hayden Beard      SECTION: Mag

## DETENTION HEARING

PRESENT: X/DEFENDANT

__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO

X/COUNSEL FOR THE DEFENDANT  FPD: Maura Doherty
500 Poydras St., New Orleans, LA 70130

X/ASST. U.S. ATTORNEY  David Berman for Lynn Schiffman

__/INTERPRETER _____
(Interpreter designated by the Court and sworn. Time _____ M. to _____ M.)

__/GOVERNMENT WITNESS(ES) _____

__/DEFENSE WITNESS(ES) _____

MJSTAR: 00:05

DEFENDANT                                              CASE NO.

**THE COURT ORDERS AFTER HEARING TESTIMONY PRESENTED IN THE ABOVE CAPTIONED MATTER:**

__/ DEFENDANT IS ENTITLED TO RELEASE. BOND SET AT _____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

__/ THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.

X/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

__/ DEFENDANT EXECUTED THE BOND AND WAS RELEASED.

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL UNTIL BOND IS PERFECTED.

X/ DEFENDANT IS NOT ENTITLED TO RELEASE.

X/ DEFENDANT IS ORDERED DETAINED *Temporarily* AND REMANDED TO THE CUSTODY OF THE U.S. MARSHAL. *Pending hearing in NDTX.*

X/ WRITTEN FINDINGS AND STATEMENT OF REASONS ORDERING DETENTION FILED.

__/ IT IS STIPULATED THAT IF THE AGENT WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN THE COMPLAINT/AFFIDAVIT.

__/ IT IS STIPULATED THAT IF THE PRETRIAL SERVICES/PROBATION OFFICER WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN HIS/HER REPORT.

X/ THE DEFENDANT (WAIVED) STIPULATED TO DETENTION RESERVING (HIS)/HER RIGHT TO ~~REOPEN~~ *Detention Hearing in NDTX.*

X/ OTHER: *Waiver of removal hearing executed.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| VERSUS | * | NO. 22-138 |
| HAYDEN BEARD | * | SECTION "MAG" |

## ORDER OF DETENTION ON
## POST-TRIAL SUPERVISED RELEASE VIOLATION

The Defendant appeared before this Court for a detention hearing on OCTOBER 12, 2022 on a petition to revoke the Defendant's supervised release pursuant to rule 32.1 of the Federal Rules of Criminal Procedure.

### Part I – Eligibility for Detention

The Government moved for detention pursuant to Federal Rule of Criminal Procedure 32.1, which incorporates 18 U.S.C. § 3143(a)(1). Detention is required unless the judicial officer finds, by clear and convincing evidence, that Defendant is not likely to flee or pose a danger to the safety of any other person or the community if released under § 3142(b) or (c). 18 U.S.C. § 3143(a)(1). "[T]he burden of establishing by clear and convincing evidence that the person will not flee or pose a danger to any other person or to the community rests with the Defendant." Fed. R. Cr. P. 32.1(a)(6).

### Part II – DETENTION PENDING FURTHER PROCEEDINGS

[✓] Defendant

[ ] Government

[ ] Defendant and Government both

moved to continue the detention hearing. That hearing is now set on _date determined by USDC NDTX_. The date of this hearing complies with the procedural timing requirements set forth in 18 U.S.C. § 3142(f). Accordingly, pursuant to 18 U.S.C. § 3142, the Defendant shall be DETAINED for the duration of the continuance until the detention hearing is held.

### Part III – DETENTION STIPULATED

[ ] At the detention hearing, the Defendant, through counsel, **stipulated to detention/waived the right to a detention hearing** and presented no evidence to meet the burden established in Rule 32.1. The Defendant is therefore DETAINED pending a final adjudication on the petition to revoke supervised release.

## Part IV: DETENTION HEARING HELD

After considering the factors set forth in 18 U.S.C. § 3142(g) and the information presented at the detention hearing, the Court concludes that the Defendant **has not** carried the burden to establish, by clear and convincing evidence, that the Defendant

[ ] will not flee for the reasons stated on the record **and/or**

[ ] is not a danger to any other person or to the community for the reasons stated on the record.

The Defendant is therefore DETAINED pending a final adjudication on the petition to revoke supervised release.

In addition to finding that the Defendant has not carried his/her burden and any other findings made on the record at the hearing, the reasons for detention include the following:

[ ] Weight of evidence against the defendant is strong

[ ] Subject to lengthy period of incarceration if convicted

[ ] Prior criminal history

[ ] Participation in criminal activity while on probation, parole, or supervision

[ ] History of violence or use of weapons

[ ] History of alcohol or substance abuse

[ ] Lack of stable employment

[ ] Lack of stable residence

[ ] Lack of financially responsible sureties

[ ] Lack of significant community or family ties to this district

[ ] Significant family or other ties outside the United States

[ ] Lack of legal status in the United States

[ ] Subject to removal or deportation after serving any period of incarceration

[ ] Prior failure to appear in court as ordered

[ ] Prior attempt(s) to evade law enforcement

[ ] Use of alias(es) or false documents

[ ] Background information unknown or unverified

[ ] Prior violations of probation, parole, or supervised release

OTHER REASONS OR FURTHER EXPLANATION: _____

_____

_____

_____

_____

_____

_____

### Part IV - Directions Regarding Detention

The Defendant is remanded and committed to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility. The Defendant must be afforded a reasonable opportunity for private consultation with counsel. On order of a court of the United States or on a request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined must deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

New Orleans, Louisiana, this 12th day of October, 20___.

_____
U.S. MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 22-138 |
| HAYDEN BEARD | SECTION: MAG |

## ORDER PURSUANT TO THE DUE PROCESS PROTECTIONS ACT

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny, and hereby orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and/or sanctions by the Court.

New Orleans, Louisiana this 12th day of  October  2022.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

AO 466 (Rev. 12/17) Waiver of Rule 32.1 Hearing (Violation of Probation or Supervised Release)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.   22-138 MAG |
| HAYDEN BEARD ) | |
| ) | Charging District's Case No.   4:21cr46 P |
| *Defendant* ) | |

## WAIVER OF RULE 32.1 HEARING
(Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)*   Northern District of Texas   .

I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4)   a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5)   a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☐   an identity hearing and production of the judgment, warrant, and warrant application.

☐   a preliminary hearing.

☐   a detention hearing.

☒   an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☒ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 10/12/22

*Defendant's signature*

*Signature of defendant's attorney*

Maura Doherty
*Printed name of defendant's attorney*

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 22-138 MAG |
| HAYDEN BEARD | ) | |
| | ) | Charging District's |
| *Defendant* | ) | Case No. 4:21CR46 P |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ____Northern____ District of ____Texas____,

*(if applicable)* ____Forth Worth____ division. The defendant may need an interpreter for this language: _____.

The defendant: ☐ will retain an attorney.
☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: October 12, 2022

*Judge's signature*

Donna Phillips Currault
United States Magistrate Judge
*Printed name and title*

___ Fee
✗ Process 2cc: USM
✗ Dktd
___ CtRmDep
___ Doc. No.