IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No: 4:21-CR-046-P |
| HAYDEN BEARD (01) | |

### MOTION FOR TEMPORARY SUBSTITUTION OF COUNSEL

Pursuant to the requirements of Special Order No. 25-1, the government seeks permission to temporarily substitute counsel on December 19, 2022 for the final revocation hearing in this case. The undersigned AUSA is lead counsel in this case but will be unavailable to appear at the hearing. The government, therefore, requests permission from the Court for another AUSA to appear on behalf of the United States at the hearing instead of undersigned counsel.

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

/s/ Aisha Saleem
AISHA SALEEM
Assistant United States Attorney
Texas Bar No. 00786218
801 Cherry Street, 17th Floor
Fort Worth, Texas 76102-6882
Telephone: 817-252-5200
Facsimile: 817-252-5455
Aisha.Saleem@usdoj.gov

**Motion for Temporary Substitution of Counsel - Page 1 of 2**

## CERTIFICATE OF SERVICE

      I hereby certify that on December 9, 2022, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who has consented in writing to accept this Notice as service of this document by electronic means.

                                          */s/ Aisha Saleem*
                                          AISHA SALEEM
                                          Assistant United States Attorney