CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
RECEIVED

2022 DEC 19 PM 12: 53

DEPUTY CLERK_____

1049 0111

US MARSHALS SERVICE NTX
FORT WORTH

2022 SEP -7 P 4: 32

# United States District Court
## Northern District of Texas
Fort Worth Division

UNITED STATES OF AMERICA

V.

Hayden Beard

CASE NUMBER: 4:21-cr-00046-P

MAG. CASE NUMBER: _____

To: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him/her, forthwith, before the United States District Court to answer charges that he/she violated the conditions of his/her probation/supervised release imposed by the Court.

NAME OF PROBATIONER/SUPERVISED RELEASEE:

Hayden Beard

ADDRESS (STREET, CITY, STATE):


| PROBATION/SUPERVISED RELEASE IMPOSED BY (NAME OF COURT): | DATE IMPOSED |
|---|---|
| District of Alaska, Anchorage Division | August 24, 2020 |

TO BE BROUGHT BEFORE (JUDGE, NAME OF COURT, CITY, STATE):

Northern District of Texas, Fort Worth, Texas

_Karen Mitchell_
Karen Mitchell, U.S. District Court Clerk

s/Fleather Arnold
(By) Deputy Clerk

9/6/2022
Date

### RETURN

Warrant received and executed.

Date Received: 9/6/22

Date Executed: 10/11/22

Executing Agency (Name and Address)

US Marshal Service 501 W. 10th st Fort Worth, TX 76102

Name: A. Downs      (By) P. Revill      Date: 10/11/22