IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:21-CR-046-P |
| HAYDEN BEARD (01) | |

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 1. | Joseph Hunnicutt | Email correspondence of Sex Offender Violation report from Hood County Sheriff's Office U.S Marshalls Fugitive Task Force. | _____ | _____ | _____ |

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*/s/ Aisha Saleem*
AISHA SALEEM
Assistant United States Attorney
Texas Bar No. 00786218
801 Cherry Street, 17th Floor
Fort Worth, Texas 76102-6882
Telephone: 817-252-5200
Facsimile: 817-252-5455
Aisha.Saleem@usdoj.gov

**Government's Exhibit List - Page 1**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above pleading was this day served upon Andrenette Sullivan, counsel of record for the defendant and U.S. Probation Office, Fort Worth, Texas in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

DATED this 18th day of January 2023.

*/s/ Aisha Saleem*
AISHA SALEEM
Assistant United States Attorney

## NO OBJECTIONS TO EXHIBITS

Andrenette Sullivan, counsel of record for the defendant, hereby state that I have reviewed the Government's Exhibit List and have no objections to the admission of the exhibits.

    /s/ Andrenette Sullivan_____
Andrenette Sullivan
Attorney for Defendant