IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:21-CR-046-P |
| HAYDEN BEARD (01) | |

# GOVERNMENT'S WITNESS LIST

| Name/Address | Sworn/Testified<br>Subject Matter of Testimony |
|---|---|
| 1.  Joseph Hunnicutt<br>    U.S. Probation Officer | _____/_____<br>Will testify as to all relevant facts regarding the defendant's violations of conditions of supervision alleged in the Petition for Offender Under Supervision filed September 06, 2022, and the Addendum to the Petition for Offender Under Supervision filed October 28, 2022. |

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES OF ATTORNEY

*/s/ Aisha Saleem*
AISHA SALEEM
Assistant United States Attorney
Texas Bar No. 00786218
801 Cherry Street, 17th Floor
Fort Worth, Texas 76102-6882
Telephone: 817-252-5200
Facsimile: 817-252-5455
Aisha.Saleem@usdoj.gov

Witness List – Page 1

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the above pleading was this day served upon Andrenette Sullivan, counsel of record for the defendant and U.S. Probation Office, Fort Worth, Texas in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

      DATED this 18th day of January 2023.

                                      */s/ Aisha Saleem*
                                      AISHA SALEEM
                                      Assistant United States Attorney